**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Lavance PALMER, a.k.a. Rasta, a.k.a. Sean Grant, Defendant-Appellant.**

**No. 16-12342
Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Filed (February 13, 2017)

Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, Rinku Talwar Tribuiani, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff-Appellee

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Lavance Palmer, McRae, GA, for Defendant-Appellant

Before TJOFLAT, WILLIAM PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Robert E. Adler, appointed counsel for Lavance Palmer in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Palmer's conviction and sentence are **AFFIRMED**.